IN THE UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,<br><br>    Debtors.<br><br>ANDREW R. VARA, UNITED STATES TRUSTEE,<br><br>    Appellant,<br><br>v.<br><br>FTX TRADING LTD., *et al.*,<br><br>    Appellees. | Case No. 23-2297 |

**FTX TRADING LTD.'S LIMITED OBJECTION TO
THE U.S. TRUSTEE'S MOTION TO EXPEDITE APPEAL**

FTX Trading Ltd. and its affiliated debtors and debtors-in-possession (collectively, the "FTX Debtors") hereby submit this limited objection (this "Objection") to the *U.S. Trustee's Motion to Expedite Appeal* [D.I. 7] (the "Motion to Expedite"), in which the United States Trustee (the "U.S. Trustee") seeks to expedite this appeal.

The U.S. Trustee's Motion to Expedite should be denied as moot. The briefing schedule set forth in the Motion to Expedite was agreed to in advance by the Debtors, the Official Committee of Unsecured Creditors in the FTX Debtors'

{1368.002-W0071855.}

chapter 11 cases, and the U.S. Trustee.  Since the schedule is agreed, the FTX Debtors join the request for this Court to approve the briefing schedule as set forth in the Motion to Expedite.  The FTX Debtors expect that the Court will determine whether to hold oral argument on the appeal, and, if so, schedule it at a date and time deemed appropriate.

As a result, there is no further expedition of the appeal required, and nothing further is identified in the Motion to Expedite.  As with the U.S. Trustee's prior unsuccessful attempts to expedite issues relating to this appeal, the FTX Debtors continue to disagree with the U.S. Trustee's characterization of the issues and rationale for expedition.  But since the parties have now agreed on a briefing schedule for the appeal, that schedule should be approved and the Motion to Expedite itself be denied as moot.

| | |
|---|---|
| Dated:  July 31, 2023<br>Wilmington, Delaware | **LANDIS RATH & COBB LLP**<br><br>/s/ *Adam G. Landis*<br>Adam G. Landis (No. 3407)<br>Matthew R. Pierce (No. 5946)<br>919 Market Street, Suite 1800<br>Wilmington, Delaware 19801<br>Telephone: (302) 467-4400<br>Facsimile:  (302) 467-4450<br>Email: landis@lrclaw.com<br>          pierce@lrclaw.com<br><br>-and-<br><br>**SULLIVAN & CROMWELL LLP**<br>James L. Bromley<br>Brian D. Glueckstein<br>125 Broad Street<br>New York, NY 10004<br>Telephone: (212) 558-4000<br>Facsimile:  (212) 558-3588<br>Email: bromleyj@sullcrom.com<br>          gluecksteinb@sullcrom.com<br><br>*Counsel for the Appellees FTX Debtors and Debtors-in-Possession* |

## CERTIFICATION OF COMPLIANCE

The foregoing brief complies with Federal Rule of Appellate Procedure 27(d) because it was prepared using Microsoft Word in 14-point Times New Roman font, and contains 234 words.

*/s/ Adam G. Landis*
Adam G. Landis

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 31, 2023, I electronically filed the foregoing document with the Clerk of Court for the United States Court of Appeals for the Third Circuit by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Adam G. Landis*
Adam G. Landis