# IN THE UNITED STATES COURT OF APPEALS
# FOR THE THIRD CIRCUIT

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,<br><br>                Debtors.<br><br>ANDREW R. VARA, UNITED STATES TRUSTEE,<br><br>                Appellant,<br><br>v.<br><br>FTX TRADING LTD., *et al.*,<br><br>                Appellees. | Case No. 23-2297 |

**OFFICIAL COMMITTEE OF UNSECURED CREDITORS' LIMITED OBJECTION TO U.S. TRUSTEE'S MOTION TO EXPEDITE APPEAL**

The Official Committee of Unsecured Creditors (the "Committee") of FTX Trading Ltd. and its affiliated debtors and debtors-in-possession (collectively, the "FTX Debtors") hereby submits this limited objection to the *U.S. Trustee's Motion to Expedite Appeal* [D.I. 7] (the "Motion to Expedite").

As noted in *FTX Trading Ltd.'s Limited Objection to the U.S. Trustee's Motion to Expedite Appeal* [D.I. 12] (the "FTX Debtors' Objection"), the Committee previously agreed with Appellant to the briefing schedule it proposed in the Motion to Expedite. Therefore, and for the reasons set forth in the FTX Debtors' Objection,

30616752.1

which are incorporated by reference as if fully stated herein, the Motion to Expedite should be denied as moot.

Dated: July 31, 2023

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Robert F. Poppiti, Jr.*
Matthew B. Lunn (No. 4119)
Robert F. Poppiti, Jr. (No. 5052)
1000 North King Street
Wilmington, DE 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
Email: mlunn@ycst.com
      rpoppiti@ycst.com

-and-

PAUL HASTINGS LLP
Kristopher M. Hansen
Kenneth Pasquale
Isaac S. Sasson
John F. Iaffaldano
200 Park Avenue
New York, NY 10166
Telephone: (212) 318-6000
Facsimile: (212) 319-4090
Email: krishansen@paulhastings.com
      kenpasquale@paulhastings.com
      isaacsasson@paulhastings.com
      jackiaffaldano@paulhastings.com

*Counsel to the Official Committee of Unsecured Creditors*

## **CERTIFICATION OF COMPLIANCE**

The foregoing brief complies with Federal Rule of Appellate Procedure 27(d) because it was prepared using Microsoft Word in 14-point Times New Roman font, and contains 111 words.

*/s/ Robert F. Poppiti, Jr.*
Robert F. Poppiti, Jr.

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on July 31, 2023, I electronically filed the foregoing document with the Clerk of Court for the United States Court of Appeals for the Third Circuit by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Robert F. Poppiti, Jr.*
Robert F. Poppiti, Jr.
