OFFICE OF THE CLERK

**PATRICIA S. DODSZUWEIT**

**CLERK**



U<small>NITED</small> S<small>TATES</small> C<small>OURT OF</small> A<small>PPEALS</small>
FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA  19106-1790
Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995

August 7, 2023

Roma N. Desai, Esq.
Office of Attorney General of Texas
Office of Special Litigation
P.O. Box 12548
Austin, TX 78711

Kevin Gross, Esq.
Rosenthal Monhait & Goddess
919 N Market Street
Suite 1401
Wilmington, DE 19801

Layla D. Milligan, Esq.
Office of Attorney General of Texas
Office of Special Litigation
P.O. Box 12548
Austin, TX 78711

Michael D. Morris, Esq.
Wisconsin Department of Justice
P.O. Box 7857
Madison, WI 53707

Jennifer Rood, Esq.
89 Main Street
Third Floor
Montpelier, VT 05620

Abigail R. Ryan, Esq.
Office of Attorney General of Texas
Office of Special Litigation

P.O. Box 12548
Austin, TX 78711

RE: In re: FTX Trading, Ltd., et al
Case Number: 23-2297
District Court Case Number: 22-11068
District Court Case Number: 1-23-cv-00241

Dear Counsel:

Pursuant to our docketing letter dated **July 19, 2023**, you were requested electronically file or complete the following in the above-entitled case:

**Appearance Form**

The above listed forms must be completed within **fourteen (14) days** of the date of this letter. **If the forms are not filed within the time stated, it will be presumed that you do not wish to participate in the appeal(s). You will receive no further notice of any action in the appeal(s), including issuance of a briefing schedule.**

Very truly yours,

Patricia S. Dodszuweit, Clerk


By: Stephanie
Case Manager
Direct Dial 267-299-4926

cc: All Counsel of Record