<u>1:30P.M.</u>
<u>THE ALBERT BRANSON MARIS COURTROOM (19TH FLOOR)</u>

<u>WEDNESDAY, NOVEMBER 8, 2023</u>

<u>Coram</u>: RESTREPO, BIBAS and SCIRICA, Circuit Judges

<u>No. 23-1095</u>

KOBE PINKNEY
v.
MEADVILLE, PENNSYLVANIA;
PATROLMAN JARED FRUM; et al.

PATROLMAN JARED FRUM,
Appellant

| <u>Counsel for Appellant</u> | <u>Counsel for Appellee</u> |
|---|---|
| CAROL A. VANDERWOUDE | EARL D. RAYNOR, JR |
| (15 minutes per Court) | (15 minutes per Court) |

_____

<u>No. 23-2297</u>

In re: FTX TRADING LTD., et al.,
Debtors

ANDREW R. VARA, US Trustee for Region 3,
Appellant

<u>Counsel for Appellant</u>                          <u>Counsel for Appellee</u>

BRIAN J. SPRINGER                                JAMES L. BROMLEY
[Andrew R. Vara]                                 [FTX Trading LTD]
(12 minutes per Court)                           (12 minutes per Court)

JONATHAN LIPSON                                  KENNETH PASQUALE
[Amici Curiae – Law Professors]                  [Committee of Unsecured Creditors]
(3 minutes per Court)                            (3 minutes per Court)

(15 minutes Total per Court)                     (15 minutes Total per Court)