OFFICE OF THE CLERK

**PATRICIA S. DODSZUWEIT**

**CLERK**



UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA 19106-1790

Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995

November 14, 2023

| | |
|---|---|
| Irv Ackelsberg, Esq. | Layla D. Milligan, Esq. |
| James L. Bromley, Esq. | Anna O. Mohan, Esq. |
| Roma N. Desai, Esq. | Michael D. Morris, Esq. |
| Brian D. Glueckstein, Esq. | David A. Nagdeman, Esq. |
| John J. Grogan, Esq. | Kenneth Pasquale, Esq. |
| Kevin Gross, Esq. | Matthew R. Pierce, Esq. |
| Kristopher M. Hansen, Esq. | Robert F. Poppiti Jr., Esq. |
| John Iaffaldano, Esq. | Jennifer Rood, Esq. |
| Adam G. Landis, Esq. | Abigail R. Ryan, Esq. |
| Jonathan C. Lipson, Esq. | Isaac Sasson, Esq. |
| Matthew B. Lunn, Esq. | Brian J. Springer, Esq. |

RE: In re: FTX Trading, Ltd., et al
Case Number: 23-2297
District Court Case Number: 22-11068
District Court Case Number: 1-23-cv-00241

Dear Counsel:

At the direction of the Court, counsel are directed to file a transcript of oral argument by **Tuesday, November 28, 2023** in the above-entitled case. Liaison counsel should immediately advise the Clerk's Office of the court reporter or agency handling the transcription of oral argument. **The parties shall split the cost of the transcript.**

Please find attached a Selection of Court Reporters and a copy of the "Procedures for Filing a Transcript of Oral Argument". If you have any questions, please contact me.

Very truly yours,

PATRICIA S. DODSZUWEIT
Clerk

By:

Ashley Ritz
Calendar Clerk

**Court Reporter Contacts:**

**Veritext**
1801 Market Street
Suite 1800
Philadelphia, PA 19103
(215) 241-1000

    Kate Valiante
    (215) 446-8851
    KValiante@veritext.com

    Colleen Summers
    (215) 446-8836
    csummers@veritext.com


**Writers Cramp**
Lewis Parham
1027 Betty Lane
Ewing, NJ 08628
(609) 588-8043
wtrscramp@verizon.net

## Court Reporter Contacts:

**AdvancedONE**
1600 Market Street, Suite 1700

Philadelphia, PA 19103
(215) 564-3905
(855) 204-8184
www.AdvancedONE.com

Contacts:

Doris Lee
Doris.Lee@advancedone.com

Kim Linarte
(855) 204-8184
kim.linarte@advancedone.com

Hanna Kim
hanna.kim@advancedone.com

**eScribers, LLC**
Eric Solat
www.escribers.net/index.php
Director, Sales and Customer Service
esolat@escribers.net
Office - (973) 406-2250

Greg DiDonato
Syndicated Reporting Agency
855-796-3377
www.synreporters.com

**Transcripts Plus, Inc.**
(Karen Hartmann)
435 Riverview Circle
New Hope, PA  18938
Office – (215) 862-1115
Fax – (215) 862-6639
courttranscripts@aol.com

## Court Reporter Contacts:

**Alderson Reporting Co.**
1155 Connecticut Ave., NW Suite 200
Washington D.C. 20036
Contact: Ms. Liz Murphy
liz.murphy@aldersonreporting.com
(202) 336-8861


**Summit Court Reporting, Inc.**
Court Reporting, Inc.
1500 Walnut Street, Suite 1610
Philadelphia, PA  19102
Phone: (215) 985-2400
www.summitreport.com
Scheduling: depo@summitreporting.com
**Contact:** Jennifer Lippincott, Production Department
production@summitreporting.com
Direct Dial:  267-665-2731

OFFICE OF THE CLERK

**PATRICIA S. DODSZUWEIT**

**CLERK**

UNITED STATES COURT OF APPEALS
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA 19106-1790
Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995

November 14, 2023



# PROCEDURES FOR FILING A TRANSCRIPT OF ORAL ARGUMENT

When the Court directs counsel to prepare a transcript of oral argument in a case(s), the parties shall designate one attorney to be **liaison counsel** for the purpose of coordinating the production of the transcript. **Liaison** counsel shall contact **Ashley M. Ritz** at Ashley_Ritz@ca3.uscourts.gov of the Calendar Unit of the Third Circuit Clerk's Office (Room 21400) after argument to obtain the necessary information regarding the filing of the transcript of oral argument.

Liaison counsel shall contract a court reporting service to make arrangements for the transcription of the oral argument and inform the Clerk's Office Calendar Unit of the identity of the court reporter or agency. The Clerk's Office will then provide the designated court reporting service with the audio recording via electronic means.

After the transcript is completed, the court reporter shall provide the transcript to all counsel in the case. **Liaison counsel** shall file the certified original transcript electronically through **CM/ECF** and (3) hard copies of the transcript with the Clerk's Office**,** including the court reporter's certification and a certification of accuracy from liaison counsel on behalf of all parties. If corrections are necessary to the transcript, liaison counsel shall coordinate with the court reporter corrections requested by all counsel, and the final corrected version of the transcript shall be filed by liaison counsel. Corrections should be given to liaison counsel within (3) days of receipt of the transcript. Liaison counsel shall file the transcript with the Clerk's Office **no later than (14) days after oral argument** unless the Court directed a specific deadline.

Unless the Court directed otherwise, **the parties shall split the cost of the transcript.**