UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 23-2297
_____

In re: FTX TRADING LTD., et al.,
Debtors

ANDREW R. VARA, US Trustee for Region 3,
Appellant

_____

On Appeal from the United States Bankruptcy Court
for the District of Delaware
(Case No. 22-11068)
Bankruptcy Judge: Honorable John T. Dorsey

_____

Argued: November 8, 2023
_____

Before: RESTREPO, BIBAS and SCIRICA, *Circuit Judges*.

_____

JUDGMENT
_____

This cause came to be considered on the record from the United States Bankruptcy Court for the District of Delaware and was argued on November 8, 2023.

On consideration whereof, it is now hereby ORDERED and ADJUDGED by this Court that the order entered by the Bankruptcy Court on February 21, 2023 denying the motion for the appointment of an examiner is hereby REVERSED and the claim is REMANDED to the Bankruptcy Court for further proceedings.

      All of the above in accordance with the Opinion of this Court. Costs shall not be taxed.

                                    ATTEST:

                                    s/Patricia S. Dodszuweit
                                  Clerk

Dated: January 19, 2024