OFFICE OF THE CLERK

**PATRICIA S. DODSZUWEIT**

**CLERK**



U<small>NITED</small> S<small>TATES</small> C<small>OURT OF</small> A<small>PPEALS</small>
FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA  19106-1790
Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995

January 19, 2024

Irv Ackelsberg, Esq.
Langer Grogan & Diver
1717 Arch Street
Suite 4020, The Bell Atlantic Tower
Philadelphia, PA 19103

James L. Bromley, Esq.
Sullivan & Cromwell
125 Broad Street
New York, NY 10004

Roma N. Desai, Esq.
Office of Attorney General of Texas
Office of Special Litigation
P.O. Box 12548
Austin, TX 78711

Brian D. Glueckstein, Esq.
Sullivan & Cromwell
125 Broad Street
New York, NY 10004

John J. Grogan, Esq.
Langer Grogan & Diver
1717 Arch Street
Suite 4020, The Bell Atlantic Tower
Philadelphia, PA 19103

Kevin Gross, Esq.
Rosenthal Monhait & Goddess
919 N Market Street
Suite 1401
Wilmington, DE 19801

Kristopher M. Hansen, Esq.
Paul Hastings

200 Park Avenue
30th Floor
New York, NY 10166

John Iaffaldano, Esq.
Paul Hastings
200 Park Avenue
30th Floor
New York, NY 10166

Adam G. Landis, Esq.
Landis Rath & Cobb
919 Market Street
Suite 1800, P.O. Box 2087
Wilmington, DE 19801

Jonathan C. Lipson, Esq.
Temple University
Beasley School of Law
1719 N Broad Street
Philadelphia, PA 19122

Matthew B. Lunn, Esq.
Young Conaway Stargatt & Taylor
1000 N King Street
Rodney Square
Wilmington, DE 19801

Layla D. Milligan, Esq.
Office of Attorney General of Texas
Office of Special Litigation
P.O. Box 12548
Austin, TX 78711

Anna O. Mohan, Esq.
United States Department of Justice
Civil Division, Appellate Staff
950 Pennsylvania Avenue NW
Room 7533
Washington, DC 20530

Michael D. Morris, Esq.
Wisconsin Department of Justice
P.O. Box 7857
Madison, WI 53707

David A. Nagdeman, Esq.
Langer Grogan & Diver
1717 Arch Street
Suite 4020, The Bell Atlantic Tower
Philadelphia, PA 19103

Kenneth Pasquale, Esq.
Paul Hastings
200 Park Avenue
30th Floor
New York, NY 10166

Matthew R. Pierce, Esq.
Landis Rath & Cobb
919 Market Street
Suite 1800, P.O. Box 2087
Wilmington, DE 19801

Robert F. Poppiti Jr., Esq.
Young Conaway Stargatt & Taylor
1000 N King Street
Rodney Square
Wilmington, DE 19801

Jennifer Rood, Esq.
89 Main Street
Third Floor
Montpelier, VT 05620

Abigail R. Ryan, Esq.
Office of Attorney General of Texas
Office of Special Litigation
P.O. Box 12548
Austin, TX 78711

Isaac Sasson, Esq.
Paul Hastings
200 Park Avenue
30th Floor
New York, NY 10166

Brian J. Springer, Esq.
United States Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530

RE: In re: FTX Trading, Ltd., et al
Case Number: 23-2297
District Court Case Number: 22-11068
District Court Case Number: 1-23-cv-00241

## ENTRY OF JUDGMENT

Today, **January 19, 2024** the Court entered its judgment in the above-captioned matter pursuant to Fed. R. App. P. 36.

If you wish to seek review of the Court's decision, you may file a petition for rehearing. The procedures for filing a petition for rehearing are set forth in Fed. R. App. P. 35 and 40, 3rd Cir. LAR 35 and 40, and summarized below.

Time for Filing:
14 days after entry of judgment.
45 days after entry of judgment in a civil case if the United States is a party.

Form Limits:
3900 words if produced by a computer, with a certificate of compliance pursuant to Fed. R. App. P. 32(g).
15 pages if hand or type written.

Attachments:
A copy of the panel's opinion and judgment only.
Certificate of service.
Certificate of compliance if petition is produced by a computer.
No other attachments are permitted without first obtaining leave from the Court.

Unless the petition specifies that the petition seeks only panel rehearing, the petition will be construed as requesting both panel and en banc rehearing. Pursuant to Fed. R. App. P. 35(b)(3), if separate petitions for panel rehearing and rehearing en banc are submitted, they will be treated as a single document and will be subject to the form limits as set forth in Fed. R. App. P. 35(b)(2). If only panel rehearing is sought, the Court's rules do not provide for the subsequent filing of a petition for rehearing en banc in the event that the petition seeking only panel rehearing is denied.

A party who is entitled to costs pursuant to Fed.R.App.P. 39 must file an itemized and verified bill of costs within 14 days from the entry of judgment. The bill of costs must be submitted on the proper form which is available on the court's website.

A mandate will be issued at the appropriate time in accordance with the Fed. R. App. P. 41.

Please consult the Rules of the Supreme Court of the United States regarding the timing and requirements for filing a petition for writ of certiorari.

Very truly yours,

Patricia S. Dodszuweit, Clerk


 By: Stephanie
Case Manager
Direct Dial 267-299-4926