# UNITED STATES COURT OF APPEALS
# FOR THE THIRD CIRCUIT

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,<br><br>          Debtors.<br><br>ANDREW R. VARA, UNITED STATES TRUSTEE,<br><br>          Appellant,<br><br>      v.<br><br>FTX TRADING LTD., *et al.*,<br><br>          Appellees. | Case No. 23-2297 |

## JOINT UNCONTESTED MOTION
## TO SHORTEN TIME FOR ISSUANCE OF MANDATE

Pursuant to Federal Rule of Appellate Procedure 41(b), Appellee-Debtors FTX Trading Ltd., et al., Appellee the Official Committee of Unsecured Creditors of the Appellee-Debtors (the "Committee"), and Appellant the Office of the United States Trustee (the "U.S. Trustee"; together, the "Movants") jointly submit this motion to shorten the time for the issuance of the mandate in this case (the "Motion"). Appellee-Debtors have consulted with the Committee and the U.S. Trustee, both of which support the Motion.

-2-

The Court entered its judgment on January 19, 2024. Under Rule 41(b), the Court's mandate ordinarily must issue seven days after the time to file a petition for rehearing expires, or seven days after entry of an order denying a timely petition for panel rehearing, petition for rehearing en banc, or motion for stay of mandate, whichever is later. However, the Court may shorten or extend this period as appropriate. The Movants agree that it is in the best interests of all creditors, victims, and interest holders of the Appellee-Debtors that this Court's mandate issue immediately. Once the mandate is issued, the Bankruptcy Court will be able to commence the proceedings necessary to appoint an examiner.

Accordingly, the Movants respectfully request that the Court grant this Motion and immediately issue its mandate.

| | |
|---|---|
| January 31, 2024<br>Wilmington, Delaware | Respectfully submitted, |
| | /s/ *James L. Bromley* |
| Adam G. Landis<br>Matthew R. Pierce<br>LANDIS RATH & COBB LLP<br>919 Market Street, Suite 1800<br>Wilmington, Delaware 19801<br>(302) 467-4400<br>*landis@lrclaw.com*<br>*pierce@lrclaw.com* | James L. Bromley<br>Brian D. Glueckstein<br>SULLIVAN & CROMWELL LLP<br>125 Broad Street<br>New York, New York 10004<br>(212) 558-4000<br>*bromleyj@sullcrom.com*<br>*gluecksteinb@sullcrom.com* |

*Counsel for Appellee-Debtors*

| | |
|---|---|
| | /s/ *Kenneth Pasquale* |
| Matthew B. Lunn<br>Robert F. Poppiti, Jr.<br>YOUNG CONAWAY STARGATT &<br>TAYLOR, LLP<br>1000 North King Street<br>Wilmington, DE 19801<br>(302) 571-6600<br>*mlunn@ycst.com*<br>*rpoppiti@ycst.com* | Kristopher M. Hansen<br>Kenneth Pasquale<br>Isaac S. Sasson<br>John F. Iaffaldano<br>PAUL HASTINGS LLP<br>200 Park Avenue<br>New York, NY 10166<br>(212) 318-6000<br>*krishansen@paulhastings.com*<br>*kenpasquale@paulhastings.com*<br>*isaacsasson@paulhastings.com*<br>*jackiaffaldano@paulhastings.com* |

*Counsel for the Official Committee of Unsecured Creditors*

| | |
|---|---|
| | /s/ *Brian J. Springer* |
| Ramona D. Elliott<br>*Deputy Director/General Counsel*<br>P. Matthew Sutko<br>*Associate General Counsel* | Brian M. Boynton<br>*Principal Deputy Assistant Attorney*<br>　*General*<br>Mark B. Stern |

| | |
|---|---|
| Frederick Gaston Hall<br>Sumi K. Sakata<br>*Trial Attorneys*<br>U.S. DEPARTMENT OF JUSTICE<br>EXECUTIVE OFFICE FOR U.S.<br>   TRUSTEES | Brian J. Springer<br>*Attorneys, Appellate Staff*<br>U.S. DEPARTMENT OF JUSTICE<br>Civil Division, Room 7537<br>950 Pennsylvania Avenue, NW<br>Washington DC  20530<br>(202) 616-5446 |

*Counsel for the Office of the United States Trustee*

## **COMBINED CERTIFICATIONS OF COMPLIANCE**

I, the undersigned, hereby certify the following:

I am a member in good standing of the bar of the United States Court of Appeals for the Third Circuit.

I certify that all parties agree to the relief sought by the Motion.

This Motion was electronically filed with this Court on January 31, 2024 using the ECF system, which will electronically send notification of such filing to all parties of record. In accordance with LAR 27.2, no paper copies of this Motion shall be filed unless the clerk so directs.

This Motion complies with the typeface and typestyle requirements of Rules 27(d)(1)(E) and 32(a)(5)–(6) because it was prepared in 14-point CenturyExpd BT, a proportionally spaced typeface, using Microsoft Word 2016. This Motion complies with the length limitation of Rule 27(d)(2)(A) because it contains 208 words.

A virus check was performed on this Motion using Microsoft Defender v1.397.1954.0 and no virus was detected.

January 31, 2024                          Respectfully submitted,

                                          /s/ *James L. Bromley*
                                          James L. Bromley